IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

───────────────────────────────────────────────────

JAMES HOSTETTER,                     )    **MEMORANDUM DECISION &**
                                     )    **DISMISSAL ORDER**
            Plaintiff,               )
                                     )    Case No. 2:07-CV-197 TS
      v.                             )
                                     )    District Judge Ted Stewart
RICHARD GARDEN et al.,               )
                                     )
            Defendants.              )

───────────────────────────────────────────────────

On January 10, 2011, the Court ordered Plaintiff to within thirty days show cause why his prisoner civil rights complaint should not be dismissed for failure to prosecute (i.e., to respond to Defendant's summary-judgment motion).  The Court has not heard from Plaintiff since November 30, 2010, when he filed a motion.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed for failure to prosecute.[1]

DATED this 11th day of February, 2011.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court

---

[1]*See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).